**SO ORDERED.**



| | |
|---|---|
| 1  **PERRY & SHAPIRO, L.L.P.**<br>3300 N. Central Avenue, #2200<br>2  Phoenix, Arizona 85012<br>(602) 222-5711<br>3  (602) 222-5701 Facsimile<br>(847) 627-8802 Facsimile<br>4  AZNotices@logs.com, e-mail<br>Christopher R. Perry, Bar #009801<br>5  Jason P. Sherman, Bar #019999<br>Attorney for Chase Home Finance LLC<br>6  [FILE 09-019621 CHE] | **Dated: February 11, 2010**<br><br>_____<br>**CHARLES G. CASE, II**<br>**U.S. Bankruptcy Judge** |

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JENNIFER SHIRLEY LAFLESCH AND JASON KURT LAFLESCH,<br><br>    Debtor. | Case # 2:09-bk-29381-CGC<br><br>Chapter 7 Proceedings |
| Chase Home Finance LLC, its assignees and / or successors in interest,<br>    Movant,<br><br>v.<br><br>JENNIFER SHIRLEY LAFLESCH AND JASON KURT LAFLESCH, Debtor, and Chapter 7 Trustee S. William Manera,<br>    Respondents. | **ORDER LIFTING<br>THE AUTOMATIC STAY**<br><br>Re: Real Property located at<br>4228 East Rousay Drive<br>Queen Creek, AZ 85240 |

    The court finds that a Motion for Relief From the Automatic Stay and a Notice of Filing of the Motion have been filed with the Court and served upon interested parties in the above captioned matter by Chase Home Finance LLC, ("CHASE"), and that good cause exists to grant the Motion for Relief;

**THEREFORE, IT IS ORDERED:**

1. CHASE, its assignees or successors-in-interest, is hereby granted relief from all stays against lien enforcement including the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 4228 East Rousay Drive, Queen Creek, AZ 85240 and legally described as:

> LOT 2 OF CASTLEGATE PARCEL 5, ACCORDING TO THE PLAT OF RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA RECORDED IN CABINET, SLIDE 75

2. CHASE may begin or continue foreclosure proceedings following applicable law and / or enforce any contract or state law remedies it has against said real property.

3. Should Debtor fail to vacate the Property following foreclosure, CHASE may pursue any legal remedies in state court to remove the Debtor from the Property.

4. Unless and until otherwise ordered, the Automatic Stay imposed against CHASE shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

DATED: _____

_____
Charles G. Case, II
U. S. Bankruptcy Court Judge